RECEIVED AUG 2 5 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

CHARLES MCGUIRE §
          Plaintiff, §
§
   -vs- §        Civil Action No. 1:07-cv-00683-RC
§
CIRRUS DESIGN, et al §
          Defendants. §

## PLAINTIFF'S AMENDED EXPERT DISCLOSURES AND DESIGNATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Charles McGuire, by and through the undersigned counsel, and in accordance with the Federal Rules of Civil Procedure Rule 26(a)(2), files this his Amended Expert Disclosure:

### 1. Retained Experts

A. Mr. Douglas Carmody
Professional pilot
39 Airport Circle
Beaufort, South Carolina, 29907
843 521-9412
(CV and expert report attached).

Mr. Douglas Carmody is a professional pilot and flight instructor with multiple licenses and over 20,000 hours of flight time. Mr. Carmody will testify on issues pertaining to the crash that occurred on August 5, 2006, the cause of the crash, who is responsible for the crash and any and all matters relating to these subjects. He will also testify as to issues such as who was pilot in command, negligent instructional supervision, inadequate training of flight instructors, negligent hiring of flight instructors, operational control of the flight instruction given to Plaintiff, and non-delegable duties regarding aviation safety. In addition he will testify as to all matters contained in his reported and deposition, if any, which is incorporated herein for all purposes.

B. Thomas D. Thunder
Audiologist and Acoustical Engineer
1275 W. Northwest Highway



RECEIVED AUG 2 5 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES MCGUIRE | § | |
| Plaintiff, | § | |
| | § | |
| -vs- | § | Civil Action No. 1:07-cv-00683-RC |
| | § | |
| CIRRUS DESIGN, et al | § | |
| Defendants. | § | |

## PLAINTIFF'S AMENDED EXPERT DISCLOSURES AND DESIGNATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Charles McGuire, by and through the undersigned counsel, and in accordance with the Federal Rules of Civil Procedure Rule 26(a)(2), files this his Amended Expert Disclosure:

### 1. Retained Experts

A. Mr. Douglas Carmody
Professional pilot
39 Airport Circle
Beaufort, South Carolina, 29907
843 521-9412
(CV and expert report attached).

Mr. Douglas Carmody is a professional pilot and flight instructor with multiple licenses and over 20,000 hours of flight time. Mr. Carmody will testify on issues pertaining to the crash that occurred on August 5, 2006, the cause of the crash, who is responsible for the crash and any and all matters relating to these subjects. He will also testify as to issues such as who was pilot in command, negligent instructional supervision, inadequate training of flight instructors, negligent hiring of flight instructors, operational control of the flight instruction given to Plaintiff, and non-delegable duties regarding aviation safety. In addition he will testify as to all matters contained in his reported and deposition, if any, which is incorporated herein for all purposes.

B. Thomas D. Thunder
Audiologist and Acoustical Engineer
1275 W. Northwest Highway

Palatine, Illinois 60067
847 359 1068 Phone
847 359 1207 Fax
(CV and expert report attached).

Mr. . Thomas Thunder is a forensic audiologist and acoustical engineer. He will give his opinion on the Cirrus SR-22 stall warning system and the interplay between the Bose headset and the Garmin system. He will also give his opinion on how the stall warning system in place at the time of the crash contributed as a proximate and/or producing cause of such a crash. He will also give his opinion on the acoustic interplay and deficiency between the stall warning system, the aircraft cabin acoustics, and an older pilot with age-related high frequency hearing loss. In addition he will testify as to all matters contained in his reported (and deposition, if any) which is incorporated herein for all purposes.

C. Craig Lichtblau, MD
Physicist; Physical Medicine and Rehabilitation
550 Northlake Blvd
North Palm Beach, FL 33408
561-842-3694 Phone
561-842-3774 Fax
(CV and expert report attached).

Dr. Craig Lichtblau is a board certified physical medicine and rehabilitation specialist. Dr. Lichtblau will testify regarding his comprehensive medical evaluation of Mr. Charles McGuire, his medical functional capacity assessment of Mr. Charles McGuire, the AMA Impairment Rating of Mr. Charles McGuire, and his functional assessment and continuation of care for Mr. Charles McGuire. Dr. Lichtblau will also testify on issues pertaining to the past and future medical care and costs, and loss of wage earning capacity for Charles McGuire, and any and all matters relating to these subjects. In addition he will testify as to all matters contained in his reported (and deposition), if any, which is incorporated herein for all purposes.

D. Adrienne Bond, JD
Corporate Attorney
5505 Jackson Street
Houston, Texas 77004
713.524.4200 Phone
713.524.1196 Fax
(CV and expert report attached).

Ms. Adrienne Bond is a private practice attorney specializing in corporate and partnership law, business organizations, and merger and acquisition transactions. She has taught law courses at both the university and State Bar levels. Ms. Bond will testify on issues pertaining to the structure and relationship between the corporate defendants Cirrus Design and University of North Dakota Aerospace Foundation, and which entities

7

therefore share responsibility for the acts and omissions in the matter at hand, which entities are vicariously liable for the resulting crash and injuries, and which entities have direct liability for the incident in question, and any and all matters relating to these subjects. In addition she will testify as to all matters contained in her reported (and deposition, if any), which is incorporated herein for all purposes.

E.  Kenneth McCoin, PhD
    Economist and Certified Financial Analyst
    7670 Woodway, Suite 171
    Houston, Texas 77063
    713 626-0144 office
    713 334-7307 fax
    (CV and expert report attached).

Dr. Kenneth McCoin is an economist and CFA. McCoin will testify on issues pertaining to the loss of wage earning capacity and future medical expenses of Charles McGuire, and any and all matters relating to these subjects. In addition he will testify as to all matters contained in his reported (and deposition), if any, which is incorporated herein for all purposes.

F.  Stan Smith, PhD
    Economist
    1165 N. Clark Street, suite 600
    Chicago, Illinois 60610
    312 943 1551 Phone
    312 943 1016 Fax
    (CV and expert report attached).

Dr. Stan Smith is an economist specializing in scientifically based calculations of life value. Dr. Smith will testify on issues of life value and specifically how that value is more than simply lost earnings capacity. Dr. Smith also will testify on issues pertaining to the monetary value of the reduction in value of life for Charles McGuire subsequent to the injuries he received on August 5, 2006, and any and all matters relating to these subjects. In addition he will testify as to all matters contained in his reported (and deposition), if any, which is incorporated herein for all purposes.

## II. MEDICAL PROVIDERS

Dr. Mark R. Brinker
Fondren Orthopedic Group
7401 Main Street
Houston, Texas 77030
713 799 2300 Phone

Dr. Brinker is a treating physician of Charles McGuire and may testify about medical treatment, diagnosis, prognosis, and billing and the reasonableness of past and future

medical expenses incurred.  His office staff of medical care providers, employees, and records custodians may also testify as needed.

Stephen I. Esses, M.D.
Baylor College of Medicine
6560 Fannin Street, Suite 1900
Houston, Texas 77030
713 986 5740

Medical care providers, employees, and records custodians

Regions Hospital
640 Jackson St.
St. Paul, Minnesota
651 254 3456

Medical care providers, employees, and records custodians

Memorial Pathology Consultants
1635 North Loop West
Houston, Texas 77008
713 867 4388

Medical care providers, employees, and records custodians

Texas Orthopedic Hospital
7401 South Main Street
Houston, Texas 77030
713 799 8600

Medical care providers, employees, and records custodians

St. Paul Radiology
166 4th Street East
St. Paul, Minnesota 55101-1421
651 292 2000

Medical care providers, employees, and records custodians

Boyceville Community Ambulance
512 Center Street
P.O. Box 368
Boyceville, Wisconsin 54725
715 455 1818

Medical care providers, employees, and records custodians

Houston Cardiovascular Associates
6400 Fannin St.
Houston, Texas 77030-1511
713 790 0841

Medical care providers, employees, and records custodians

Liberty Medical Surgical Clinic
720 Travis
Liberty, Texas 77575
936 336 6439

Medical care providers, employees, and records custodians

UT Physicians
6410 Fannin
Houston, Texas 77030
832 325 7325

Medical care providers, employees, and records custodians

Baylor College of Medicine
One Baylor Plaza
Houston, Texas 77030
713 798 4951

Medical care providers, employees, and records custodians

Air Ambulance Specialists
Centennial Airport
8001 South InterPort Boulevard, Suite 250
Englewood, Colorado 80112
720 875 9182

Medical care providers, employees, and records custodians

American Medical Response Houston
7509 South Freeway
Houston, Texas 77021
713 741 9540

Medical care providers, employees, and records custodians

Memorial Hermann Healthcare System
7737 Southwest Freeway, Suite 200

7

Houston, Texas 77074
713 448 5555

Medical care providers, employees, and records custodians

E.G. Melissinos, M.D.
6410 Fannin, Suite 1220
Houston, Texas 77030
713 790 0723

Medical care providers, employees, and records custodians

Twin Cities Anesthesia Associates
606 24th Avenue South, Suite 801
Minneapolis, Minnesota 55454-1438
612 672 6634

Medical care providers, employees, and records custodians

Red Cedar Medical Center
2321 Stout Road
Menomonie, Wisconsin 54751
715 235 5531

Medical care providers, employees, and records custodians

Musculoskeletal Radiology Associates

### III.OTHERS

Mr. Jack E. McGehee
Mr. H. C. Chang
1250 Wood Branch Park Dr., Suite 625
Houston, Texas 77079
713 864 4000

Mr. Frederick McGuire
Mr. Mark A. Gray
Law Office of Frederick L. McGuire
730 N. Post Oak Road, suite 201
Houston, Texas 77024
713 956 9646

Mr. McGehee, Mr. Chang, Mr. McGuire, and Mr. Gray may testify on issues pertaining to the reasonableness and necessity of attorney's fees to the extent that the Plaintiff or any party seeks the recovery of attorney's fees. Mr. McGehee, Mr. Chang, and Mr.

McGuire will base their testimony on such factors as (1) the time and labor required; (2) the novelty and difficulty of the issues; (3) the required skill to perform the legal services properly; (4) whether other employment was precluded; (5) the customary fee in the locality for similar legal services; (6) whether the fee is fixed or contingent; (7) the time limitations imposed by the client or by the circumstances; (8) the amount involved and the results obtained; (9) the attorneys' experience, reputation and ability; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. The curriculum vitae of Mr. McGehee, Mr. Chang, and Mr. McGuire are attached.

Mr. Frederick McGuire as a pilot and flight instructor with multiple licenses and multiple hours of flight time, will also testify regarding the subject matter within his own deposition taken by Defendants as well as the depositions taken of other Defendant witnesses.

Plaintiff Charles McGuire further incorporates all other individuals and entities included in other parties' Initial Disclosures, and reserves the right to add additional names. Plaintiff Charles McGuire also reserves the right to call any expert designated by any other party.

In addition to the above experts, Plaintiff Charles McGuire reserves the right to elicit expert opinions from any person appearing in the records and/or documents produced in this case, even if not specifically named above, who are shown to be qualified to testify to their area of expertise.

Respectfully submitted,

McGEHEE ✱ CHANG

/s H. C. Chang /s
Jack E. McGehee
TBN 13623700
H. C. Chang
TBN 24031930
1225 N. Loop West, Suite 810
Houston, Texas 77008
(713) 864-4000, (713) 868-9393 fax

## CERTIFICATE OF SERVICE

I certify that this document was served via EM/ECF in compliance with the Federal Rules of Civil Procedure. A copy of the exhibits to the foregoing is served onto the Defendants via Certified Mail, Return Receipt Requested.

/s H. C. Chang /s
H. C. Chang           Date

W:\CASES\PI\PI\MCGCH\Experts\Expert Disclosure v2.doc

## JACK E. McGEHEE

Jack is responsible for trying brain damage and commercial cases for individuals and large and small companies throughout the country. His trial experience includes **304 personal verdicts.** He appeared on national television on ABC News, Prime Time Live, which focused on the medical malpractice crisis and on ABC's 20/20 for Barbara Walter's interest in one of the firm's class action cases. Jack is licensed to practice before the United States Supreme Court and New York.

Before coming to Houston, Jack was a lead medical malpractice trial attorney with the Pentagon in Washington, DC. He traveled throughout the country representing the United States in medical malpractice cases filed in Federal District Court. He has been lead counsel in some of the largest class action cases filed throughout the United States from New Jersey to California.

Jack graduated from the United States Military Academy at West Point and Saint Mary's Law School.

### He is BOARD CERTIFIED by the:

Texas Board of Legal Specialization in Personal Injury Trial Law (1/89)
American Board of Professional Liability Attorneys as a Diplomate (12/90)
National Board of Trial Advocacy as a Civil Trial Advocate (4/92)

### His POSITIONS IN PROFESSIONAL ORGANIZATIONS include:

President, Texas Trial Lawyers Association (1/02 – 1/03)
President Elect, Texas Trial Lawyers Association (1/01-1/02)
Advocate, American Board of Trial Advocates (9/00-present)
First Vice President, American Board of Professional Liability Attorneys (2006 to present)
President, Houston Trial Lawyers' Foundation (10/97-10/98)
President, Houston Trial Lawyers' Association (11/96-9/97)
Vice President, Houston Trial Lawyers' Association (9/92-9/95)
President, Texas Medical Legal Society (10/94-10/96)
President, Houston Medical Legal Society (9/92-10/94)
Vice President, Houston Medical Legal Society (11/96 –1/99)
Director, Texas Trial Lawyers' Association (9/92-present)
    Executive Committee member (1/94-1/99)
    Membership Chair (1998)
    Chairman, Legislative Committee (1/96-1/97)
    Chairman, CLE Committee (9/93-1/96 and 1/00-1/01)
Fellow, Texas Bar Foundation
Fellow, American Bar Foundation
Founding Director, Houston Trial Lawyers' Foundation (12/92)
American Board of Professional Liability Attorneys
    Board of Governors (12/18/93-present)
    Examiner:  Board Certifying Examination
State Bar of Texas
    Vice Chair Pattern Jury Charges Vo. III committee (5/08 to present)
    Pattern Jury Charges Vol. III Committee (1/18/94 - present)

Personal Injury Trial Manual Committee (8/94 - 2002)
Vice Chair, CLE Committee (2001)
Trial Lawyers for Public Justice (3/00 – present)

**His LAW SCHOOL APPOINTMENTS include:**

Adjunct Professor, University of Houston Law School, Houston, Texas
Civil Trial Advocacy (12/90-2001)
Visiting Professor, Emory Law School, Atlanta, Georgia
Annual Trial Techniques Institute (5/92-2003)

He has written a book titled, *The Plaintiff's Case: From Voir Dire to Verdict*. All book proceeds have been donated to the Texas Trial Lawyers Association. He has written over 250 speeches and Publications. His Publications appear in journals such as; New England Journal of Medicine, Trial Diplomacy Journal Special Edition, and The Texas Evidence Reporter. In 2005 *Texas Magazine* named Mr. McGehee one of Houston's top lawyers.

**His SPEECHES AND PUBLICATIONS include:**

| | | |
|---|---|---|
| 1. | Speaker/Author | May 16, 2008, Closing Argument, Trial Advocacy College of Texas, Austin |
| 2. | Speaker/Author | April 24, 2008, Envision 08, Center for New Ventures and Entrepreneurs, Texas A&M University, San Antonio |
| 3. | Speaker/Author | April 12, 2008, Chinese Professional Association, Protecting your rights |
| | Speaker/Author | April 20, 2007, Corpus Christi Bar Association, 2007 Advanced Civil Trial Law Seminar, "Proud to be a Lawyer" |
| 5. | Speaker/Author | March 23, 2007, The New York State Academy of Trial Lawyers, Albany, NY, "Trial Tactics" |
| 6. | Speaker/Author | March 22, 2007, The New York State Academy of Trial Lawyers, Syracuse, NY, "Trial Tactics" |
| 7. | Speaker/Author | March 22, 2007, The New York State Academy of Trial Lawyers, Rochester, NY, "Trial Tactics" |
| 8. | Speaker/Author | March 16, 2007, SBOT 14th Annual Advanced Medical Malpractice Course, Sante Fe, New Mexico, "Theming – Development and Putting into Action" |
| 9. | Speaker/Author | February 22, 2007, The New York State Academy of Trial Lawyers, New York, NY, "Trial Tactics" |
| 10. | Speaker/Author | September 29, 2006, University of Houston Law Foundation, Houston, TX, "Advising Small and Mid-Size Businesses" |
| 11. | Director/Moderator | September 15, 2006, TTLA 17th Annual Medical Malpractice Conference, Houston, TX |
| 12. | Speaker/Author | August 24, 2006, SBOT Advanced Personal Injury Course, Houston, TX, "Opening Statement: Demonstration, Dissection, Explanation" |
| 13. | Speaker/Author | August 2, 2006, SBOT Advanced Personal Injury Course, San Antonio, TX, "Opening Statement: Demonstration, Dissection, Explanation" |
| 14. | Speaker/Author | July 12, 2006, SBOT Advanced Personal Injury Course, Dallas, TX, "Opening Statement: Demonstration, Dissection, Explanation" |
| . | Speaker/Author | July 3, 2006, Baptist Ministers' Conference, Manhattan, NY, "Healthcare Schemes You Need To Know About To Protect You And your Family" |

| | |
|---|---|
| . Speaker/Author | June 9, 2006, ABPLA Seminar, Palm Beach, Florida, "Opening Statement: Demonstration, Dissection, Explanation" |
| 17. Speaker/Author | May 4, 2006, South Texas College Personal Injury Law Conference, Houston, TX, "Medical Malpractice" |
| 18. Speaker/Author | March 16, 2006, SBOT Advanced Medical Malpractice Course, San Antonio, TX, "Why I'm Proud to be a Lawyer" |
| 19. Speaker/Author | February 27, 2006, LTLA Winter Ski Seminar, Aspen, CO, "Proud to be a Trial Lawyer" |
| 20. Speaker/Author | January 3, 2006, 2006 National CLE Conference, Aspen CO, "Proud to be a Lawyer" |
| 21. Director/Moderator | September 9, 2005, TTLA 16th Annual Medical Malpractice Conference, Houston, TX |
| 22. Speaker/Author | April 29, 2005, TTLA Advanced Personal Injury Course, Dallas, TX, "Closing Argument" |
| 23. Speaker/Author | April 22, 2005, Corpus Christi Bar Association Advanced Civil Trial Law Seminar, Corpus Christi, TX, "Opening Statement Demonstration, Dissection, Explanation" |
| 24. Speaker/Author | March, 18, 2005, SBOT 12th Annual Advanced Medical Malpractice Course, Santa Fe, NM, "Opening Statement Demonstration" |
| 25. Panelist | March 8, 2005, Garland Walker Inns of Court,  Houston, TX, "Taking Them to the Woodshed – Do's & Don'ts of Preparing & Presenting Witnesses |
| 26. Speaker/Author | March 3, 2005, So TX Personal Injury Law Conference, Houston, TX "Medical Malpractice" |
| 27. Speaker | January 21, 2005, UT Car Crash Seminar, Dallas, TX, "Rainmaking" |
| . Speaker/Author | January 4, 2005, LEI Seminar, Aspen, CO, "Opening Statement: Demonstration, Dissection, Explanation" |
| 29. Speaker | December 17, 2004, UT Car Crash Seminar, San Antonio, TX, "Rainmaking" |
| 30. Speaker/Author | October 22, 2004, ABPLA Seminar, La Jolla, CA, "Proud to be a Lawyer" |
| 31. Moderator | October 21, 2004, TTLA Annual Medical Malpractice Conference, Dallas, TX |
| 32. Speaker/Author | June 18, 2004, UH Law Foundation, Experts Seminar, Dallas, TX, "Health Care Liability Experts" |
| 33. Speaker/Author | June 11, 2004, UH Law Foundation, Experts Seminar, Houston, TX, "Health Care Liability Experts" |
| 34. Director/Moderator | March 18-19, 2004, State Bar of Texas 11[th] Annual Advanced Medical Malpractice, San Antonio, TX |
| 35. Speaker/Author | March 4, 2004, South Texas College of Law Personal Injury Law Conference, Medical Malpractice, Houston, TX |
| 36. Speaker/Author | February 26, 2004, Houston Bar Association Seminar: Picking a Jury, "Opening Statement: Demonstration, Dissection, Explanation" Houston, TX |
| 37. Speaker/Author | January 4, 2004, LEI, Aspen, Colorado, "Impact Final Argument" |
| 38. Panelist | November 11, 2003, Garland Walker Inn's of Court, Houston, TX |
| 39. Moderator | September 25-26, 2003, TTLA 14th Annual Advanced Medical Malpractice Seminar, Houston, TX, |
| 40. Panelist | September 18, 2003, HTLA, HB4: A Traffic Report: Strategies for Navigating Around and Through the New Legislation, Houston, TX |
| 41. Panelist | August 28, 2003, Cooper & Scully, 4th Annual Advanced Forum on Healthcare Liability, Houston, TX |

| 42. Speaker/Author | August 14, 2003, UH  Reform and Insurance Law: 2003 Legislative Update, Houston, TX, "Health Care Liability: Experts" |
|---|---|
| 43. Speaker/Author | August 7, 2003, UH Tort Reform and Insurance Law: 2003 Legislative Update, Dallas, TX, "Health Care Liability: Experts" |
| 44. Speaker/Author | July 17, 2003, SBOT 19th Annual Advanced Personal Injury Seminar, Houston, TX, "The Art of Closing Argument" |
| 45. Speaker/Author | June 27, 2003, SBOT 19th Annual Advanced Personal Injury Seminar, Dallas, TX, "The Art of Closing Argument" |
| 46. Speaker/Author | May 17, 2003, "Final Argument", Trial Techniques Institute, mandatory class for all students at Emory Law School, Atlanta, GA |
| 47. Speaker/Author | March 14, 2003, SBOT Advanced Medical Malpractice 2003, Santa Fe, NM, "Proud to be a Lawyer: things I have learned" |
| 48. Speaker | November 15, 2002, HTLA Masters of Trial Seminar, Houston, TX "Medical Malpractice" |
| 49. Speaker/Author | November 7, 2002, St. Mary's University & Texas Tech Medical Malpractice Seminar, San Antonio, TX, " Impact Opening Statements" |
| 50. Speaker/Author | October 11, 2002, TTLA Real World CLE, Dallas, TX, "Final Argument" |
| 51. Moderator & Speaker | September 26-27, 2002, TTLA 13th Annual Advanced Medical Malpractice Seminar, Houston, TX, and "Plaintiffs' Medical Malpractice A-Z" |
| 52. Speaker/Author | September 18, 2002, "Plaintiffs' Medical Malpractice A-Z", LAU SBOT Seminar, Houston, TX |
| 53. Speaker/Author | August 21, 2002, "The Corporate Practice of Medicine, " SBOT Advanced Personal Injury Law Course, Houston, TX |
| 54. Speaker/Author | July 24, 2002, "The Corporate Practice of Medicine, " SBOT Advanced Personal Injury Law Course, San Antonio, TX |
| 55. Speaker/Author | July 18, 2002, "Proud to be a Trial Lawyer,"  San Antonio Trial Lawyers,  San Antonio, TX |
| 56. Speaker/Author | July 10, 2002, "The Corporate Practice of Medicine, " SBOT Advanced Personal Injury Law Course, Dallas, TX |
| 57. Speaker/Author | May 3, 2002, "Opening Statement", TTLA Advanced Personal Injury, Houston, Texas |
| 58. Speaker/Author | April 26, 2002, "Opening Statement", TTLA Advanced Personal Injury, Dallas, Texas |
| 59. Speaker/Author | March 29, 2002, "Watch This Opening: Decide for Yourself,", Corpus Christi Bar Association Advanced Civil Trial Law Seminar, Corpus Christi, TX |
| 60. Speaker/Author | March 15, 2002, SBOT 9th Advanced Medical Malpractice - "Closing Arguments, Plaintiffs Perspective", San Antonio, TX |
| 61. Speaker/Author | February 28, 2002, "Proud to be a Trial Lawyer" Galveston City Bar Association, Galveston, TX |
| 62. Speaker/Author | February 15, 2002, "President's Remarks", TTLA Winning Edge Seminar, Steamboat Springs, CO |
| 63. Speaker/Author | February 6, 2002, SBOT Advanced Expert Witness Course II, "Damages for Future Medical" Houston, TX |
| 64. Introduction | January 25, 2002, TTLA Voir Dire after 9/11, program chair, Linda Turley, Dallas, TX |
| 65. Introduction | January 23, 2002, TTLA Legend Seminar with John Howie, Dallas, TX |

| | |
|---|---|
| 66. Speaker/Author | January 17, 2002, Jefferson County Bar Association, "Proud to be a Lawyer", Beaumont, TX |
| 67. Speaker/Author | January 11, 2002, LEI National CLE Conference, Steamboat Springs, Colorado, "Should I File a Class Action?" |
| 68. Speaker/Author | December 6, 2001, Louisiana Trial Lawyers, Last Chance Seminar: Masters Program, New Orleans, LA, "The Final Right Hook" |
| 69. Speaker/Author | November 19, 2001, UH, Houston, TX, "Final Argument" |
| 70. Speaker/Author | November 16, 2001, HTLA, Masters of Trial Seminar, Houston, TX "Opening Statement: Setting the Stage" |
| 71. Speaker/Author | November 15, 2001, Texas Tech & St. Mary's Medical Malpractice Conference, San Antonio, TX " Using Stories to Illustrate the Charge" |
| 72. Moderator | September 20-21, 2001, TTLA 12th Annual Advanced Medical Malpractice Seminar, Houston, TX |
| 73. Speaker/Author | September 4, 2001, UT Risk Management Seminar, "A Plaintiff Attorney's View of Risk Management," Dallas, TX |
| 74. Course Director Speaker/Author | August 22-24, 2001, SBOT Advanced PI Seminar, Houston, TX, "Medical Malpractice – Plaintiffs Perspective" |
| 75. Speaker/Author | August 2, 2001, SBOT Advanced PI Seminar, San Antonio, TX, "Medical Malpractice – Plaintiffs Perspective" |
| 76. Speaker | July 25, 2001 TTLA Longview, "Legislative Update" |
| 77. Course Director | July 11, 2001, SBOT Advanced PI Seminar, Houston, TX, "Medical Malpractice – Plaintiffs Perspective" |
| 78. Speaker/Author | June 30, 2001, TTLA TACT College, "Final Argument" |
| 79. Speaker | June 21, 2001, San Antonio Trial Lawyers Assoc., "Legislative Update" |
| 80. Speaker/Author | May 30, 2001, McAllen Trial Lawyers, "Proud to be a Lawyer" |
| 81. Speaker | May 16, 2001, Lubbock Trial Lawyers, "Legislative Update" |
| 82. Speaker/Author | May 4, 2001, TTLA Advanced Personal Injury Course, Bringing Home the Bacon-Jury Arguments, Dallas, Texas |
| 83. Speaker/Author | April 27, 2001, 2001 Advanced Civil Trial Law Seminar, "Proud to be a Trial Lawyer, Corpus Christi, TX |
| 84. Speaker/Author | January 30, 2001, TTLA Winning Edge Seminar, "Final Argument" Snowmass, CO |
| 85. Speaker/Author | November 2, 2000, St. Mary's Texas Tech University, "Settling Without Caving In" San Antonio, TX |
| 86. Speaker/Author | October 6, 2000, University of Houston Law Center, "Closing Argument" Houston, TX |
| 87. CLE Chair | September 28-29,2000, TTLA 11th Annual Medical Malpractice Conference, Houston, TX |
| 88. Faculty | September 20-22, 2000, TTLA Legislative Academy, Austin, Texas |
| 89. Speaker/Author | July 16, 2000, TTLA Beat the Heat Seminar, "Big Fish in Small Ponds: Trial Lawyers Filing Class Actions" Grouse Mountain/Whitefish, Montana |
| 90. Speaker/Author | June 29, 2000, New Mexico Trial Lawyers, "Proud to be a Trial Lawyer" San Diego, CA |
| 91. Faculty | June 21-24, 2000, TTLA Trial Advocacy College, Austin, TX |
| 92. Speaker/Author | June 17, 2000, "Proud to be a Trial Lawyer" and "Final Argument" Boise , Idaho |
| 93. Program Chair | June 3, 2000, "TTLA Cutting Edge Trial Tactics", New Orleans, LA |

| | | |
|---|---|---|
| 94. Faculty | May 15-20, 2000, Professor, Trial Techniques Institute, mandatory class for all students at Emory Law School, Atlanta, GA |
| 95. Speaker/Author | April 28, 2000, Advanced Civil Trial Law Seminar, Corpus Christi, TX, "Jury Persuasion" |
| 96. Speaker/Author | April 6-7, 2000, TTLA Advanced Personal Injury, Houston, "Opening Statement" |
| 97. Speaker/Author | March 30-31, 2000, TTLA Advanced Personal Injury, Dallas, "Opening Statement" |
| 98. Speaker/Author | February 9-16, 2000, TTLA, Winning Edge, Park City, Utah, "Green Skiers on Double Black Diamonds: Trial Lawyers Filing Class Actions" |
| 99. Speaker/Author | January 1-4, 2000, LEI, Vail, Colorado, "Power Cross-Examining the Enemy Expert" |
| 100. Speaker/Author | November 3-7, 1999, TTLA, Staying in the Current, Ambergris Caye, Belize, "Big Fish In Small Ponds: Trial Lawyers Filing Class Actions" |
| 101. Speaker/Author | October 15, 1999, ABPLA, New Orleans, LA., "Cross-Examining Falsified Documents" |
| 102. CLE Chair | September 16-17, 1998, TTLA 10th Annual Medical Malpractice Conference, Houston, TX |
| 103. Speaker/Author | August 12, 1999, TTLA 1st Choice East Texas Trial Lawyers, Tyler, TX, "Legislative Update" |
| 104. Speaker/Author | August 4, 1999, SBOT 15th Annual Advanced PI Seminar, San Antonio, TX, "Closing Argument: Plaintiffs' Perspective" |
| 105. Speaker/Author | July 21, 1999, SBOT 15th Annual Advanced PI Seminar, Dallas, TX, "Closing Argument: Plaintiffs' Perspective" |
| 106. Speaker/Author | July 7, 1999, SBOT 15th Annual Advanced PI Seminar, Houston, TX, "Closing Argument: Plaintiffs' Perspective" |
| 107. Faculty | June 23-26, 1999, TTLA Trial Advocacy College, Austin, TX |
| 108. Faculty | June 4, 1999, TTLA Damages Symposium, Santa Fe, New Mexico |
| 109. Speaker/Author | May 26, 1999, TTLA 1st Choice El Paso, Texas, "Things I Have Learned This Year" |
| 110. Speaker/Author | May 27, 1999, TTLA 1st Choice Tarrant, Dallas, TX, "Things I Have Learned This Year" |
| 111. Faculty | May 16-20, 1999, Professor, Trial Techniques Institute, mandatory class for all students at Emory Law School, Atlanta, GA |
| 112. Speaker/Author | April 21, 1999, TTLA 1st Choice Lubbock, TX, "Things I Have Learned This Year" |
| 113. Speaker/Author | April 8-9, 1999, St. Mary's Malpractice Conference San Antonio, TX "Opening Statement in an HMO Case" |
| 114. Speaker/Author | March 31, 1999, Texas Medical Association, Ft. Worth TX, "Handling Medical Malpractice." |
| 115. Speaker/Author | March 2, 1999, Texas Medical Association, Galveston, TX, "Handling Medical Malpractice." |
| 116. Speaker/Author | February 5, 1999, Texas Association of Defense Counsel (TADC) Houston, TX, "Demonstration of an Opening Statement in an HMO Case." |
| 117. Faculty Panel | February 1, 1999, TTLA Winning Edge Seminar, Think Tank for Trial Lawyers, Breckenridge, Colorado |
| 118. Speaker/Author | January 3, 1999, LEI, Vail Colorado "HMO's: Opening Statement Demonstration", |
| 119. Speaker/Author | November 13, 1998, TTLA Trial Tactics for the Non-Million Dollar Case, El Paso, TX, "Proud to be a Trial Lawyer." |

| | | |
|---|---|---|
| 120. | Speaker/Author | November 13, 1998, TTLA Trial Tactics for the Non-Million Dollar Case, El Paso, TX , "Opening Statement." |
| 121. | Speaker/Author | October 8-10, 1998, ABPLA, Charleston, South Carolina, "Demonstration of Opening Statement in HMO Case." |
| 122. | Speaker/Author | October 2, 1998, TTLA 1998 Colors of Fall, Dynamic Advocacy Seminar, Vermont, "Class Certification in Texas." |
| 123. | Course Director | September 17-18, 1998, TTLA 9th Annual Medical Malpractice Conference, Houston, TX |
| 124. | Speaker/Author | August 18, 1998, USAREC CLE Workshop, Ft. Knox, KY, "Persuasive Advocacy." |
| 125. | Speaker/Author | August 7,1998, Oregon Trial Lawyers, Redmon Oregon, "Proud to be a Trial Lawyer." |
| 126. | Speaker/Author | July 16-19, 1998, TTLA Beat the Heat, Whitefish, Montana, "Opening Statement in an HMO Case." |
| 127. | Faculty/Speaker | June 24-27, 1998, TTLA Trial Advocacy College of Texas, UT Campus, Austin, TX |
| 128. | Speaker/Author | May 8, 1998, TTLA Today's Lawyer is a Lean, Mean Fighting Machine, Houston, TX "Proud To Be A Lawyer," |
| 129. | Visiting Professor | May 12-16, 1998, Professor, Trial Techniques Institute, mandatory class for all students at Emory Law School, Atlanta, GA |
| 130. | Speaker/Author | April 2, 1998, St. Mary's Medical Malpractice Conference, San Antonio, "Preparing and Delivering Effective Expert Trial Testimony" |
| 131. | Speaker/Author | February 21, 1998, ATLA Winter Convention, Maui, Hawaii, "Managed Care Liability – Argument Demonstration" (HMO) |
| 132. | Speaker/Author | February 15, 1998, TTLA Winning Edge Seminar, Sun Valley, Idaho, "Demonstration of an Opening Statement in an HMO Case" |
| 133. | Moderator | January 23, 1998, MediScene, Dr. Davies, Med School for Attorneys, Med Info on the Internet, New Orleans |
| 134. | Speaker/Author | January 6, 1998, LEI, 1998 National CLE Conference, "Plaintiff's Use of Emotion at Trial" , Vail, Colorado |
| 135. | Speaker/Author | December 6, 1997, LTLA "Opening Statements, Beyond the Evidence Will Show", Holiday Seminar, Houston |
| 136. | Speaker/Author | November 12, 1997, TTLA Staying in the Current, Cozumel "Proud To Be A Lawyer" |
| 137. | Speaker/Author | September 20, 1997, ATLA Litigating HMO Cases, Atlanta Georgia, "Demonstration of an Opening Statement in an HMO Case" |
| 138. | Course Director | September 18-19, 1997, TTLA 8th Annual Medical Malpractice Conference, Houston, TX |
| 139. | Speaker/Author | September 5, 1997, HBA Legislative Update Institute, So TX College of Law, Houston, TX "Legislative Update" no paper |
| 140. | Speaker/Author | August 14, 1997, SBOT Advanced Personal Injury Law Course 1997, Houston, TX "Legislative Update" no paper |
| 141. | Speaker/Author | August 1, 1997, TTLA Beach Seminar, Hot Tips for Hot Times, South Padre Island "Legislative Update" no paper |
| 142. | Speaker/Author | April 3, 1997, St. Mary's 1997 Medical Malpractice Conference, San Antonio, "Opening Statement" |
| 143. | Speaker/Author | March 14, 1997, State Bar of Texas, Choosing & Courting a Jury Seminar, "Opening Statement" |

| | | |
|---|---|---|
| 144. | Speaker/Author | February 27, 1997, TTLA Premises Liability Seminar, Houston, TX, "Final Argument" |
| 145. | Speaker/Author | February 10, 1997, LTLA 1997 Winter Ski Conference, Aspen, CO, "Use of Emotion at Trial" |
| 146. | Speaker | January 25, 1997, TTLA 1997 Winning Edge Seminar, Steamboat Springs, CO, "I'm Proud to be a Trial Lawyer" |
| 147. | Speaker/Author | January 7, 1997, LEI Vail Seminar, "Opening Statement - beyond the evidence will show" |
| 148. | Speaker/Author | November 7, 1996, TTLA Sun & Scuba Seminar, "Controlling Medical Experts" |
| 149. | Speaker/Author | October 10, 1996, American Board of Trial Advocates (ABOTA), Trial Demonstration, Direct Examination Of The Plaintiff, New Orleans, LA |
| 150. | Speaker/Author, Moderator, Course Director | September 27-28, 1996, American Board of Professional Liability Attorneys annual convention, San Francisco, California, Use of Emotion at Trial |
| 151. | Course Director | September 19-20, 1996, 7th Annual Medical Malpractice Conference, Houston, TX |
| 152. | Speaker/Author | August 10, 1996, TTLA. South Padre Island, TTLA, Professional Malpractice Claims. |
| 153. | Speaker/Author | July 10, 1996, Houston, TX, National Business Institute, Inc., Screening Malpractice Cases, Discovery Techniques and Trial Tactics (3 presentations). |
| 154. | Speaker/Author | June 14, 1996, Las Vegas, NV, Oklahoma Trial Lawyers Association, Use of Emotion in Trial |
| 155. | Speaker/Author | June 7, 1996, Santa Fe New Mexico, Colorado Trial Lawyers Association, Use of Emotion at Trial |
| 156. | Visiting Professor | May 13-18, 1996, Professor, Trial Techniques Institute, mandatory class for all students at Emory Law School, Atlanta, GA |
| 157. | Speaker/Author | May 2, 1996, Persuasion, Advanced PI Seminar, TTLA, Dallas, Texas |
| 158. | Moderator | April 25, 26, 1996, Advanced Personal Injury Seminar, TTLA, Houstonian Hotel |
| 159. | Speaker/Author | April 19, 1996, Direct and Cross Examination of Expert Witnesses, San Antonio, TX, PESI |
| 160. | Speaker/Author | April 19, 1996, Fundamentals of Depositions, San Antonio, Texas, PESI |
| 161. | Speaker/Author | April 18, 1996, Direct and Cross Examination of Expert Witnesses, Houston, Texas |
| 162. | Speaker/Author | April 18, 1996, Fundamentals of Depositions, Houston, Texas |
| 163. | Speaker/Author | April 17, 1996, Direct and Cross Examination of Expert Witnesses, Dallas, Texas |
| 164. | Speaker/Author | April 17, 1996, Fundamentals of Depositions, Dallas, Texas |
| 165. | Speaker/Author | April 11, 1996, St. Mary's Malpractice Conference, San Antonio, Texas, Advanced, Succinct, Successful Trial Techniques for Plaintiffs. |
| 166. | Speaker/Author | March 28, 1996, Washington, DC Law Education Institute, Emotion At Trial |
| 167. | Speaker/Author | March 1, 1996, Oklahoma Trial Lawyers Association, Oklahoma City, Trial Technique |
| 168. | Speaker/Author | February 23, 1996, Lubbock Trial Lawyers Association, Use of Emotion at Trial |
| 169. | Speaker/Author | February 23, 1996, Lubbock Trial Lawyers Association, Dealing with Experts |
| 170. | Speaker | February 22, 1996, Dallas Trial Lawyers Association, Legislative Update |
| 171. | Speaker/Author | February 12, 1996, Snow Mass Colorado, Energizing the Opening Statement Beyond the Evidence Will Show, Winning Edge Seminar |
| 172. | Speaker/Author | January 13, 1996, Florida Academy of Trial Lawyers, Disney World, Experts |

| 173. | Speaker/Author | January 3, 1996, Vail Colorado, Expert Witnesses, Law Education Institute |
|---|---|---|
| 174. | Radio Talk Show | December 28, 1995 Radio Talk Show, guest on a 2 hour radio talk show where callers asked questions about Tort Reform |
| 175. | Speaker/Author | November 3, 1995, Am Ass'n of Disability Evaluation Physicians, Washington, DC "The Role of the Attorney in Today's Society" |
| 176. | Speaker/Author | October 19, 1995, TTLA Trial Lawyers Trial Notebook, "Energizing the Opening Statement beyond "The evidence will show ...'" |
| 177. | Speaker/Author Moderator | October 6, 1995, TTLA Staying in the Current, "Fighting for Little Timmy in Voir Dire, Opening & Closing" |
| 178. | Course Director | September 28/29, 1995, 6th Annual Medical Malpractice Conference |
| 179. | Speaker/Author / Moderator | August 4, 1995, Medical Malpractice Update, Texas Trial Lawyers' Association |
| 180. | Speaker/Author | July 28, 1995, Legislative Update, Dallas, Texas |
| 181. | Luncheon Speaker | July 10, 1995, Association of Legal Nurse Consultants, Legislative Update |
| 182. | Speaker/Author | June 2, 1995, TTLA, Settlement Techniques to End Cases Fast, Grouse Mountain, Montana |
| 183. | Visiting Professor | May 8 - 14, 1995, Professor, Trial Techniques Institute, mandatory class for all students at Emory Law School, Atlanta, GA |
| 184. | Speaker/Author | April 7, 1995, Principals of Persuasion in Malpractice Cases, Adams Mark Hotel, Houston, Texas |
| 185. | Speaker/Author | April 6, 1995, Attacking Enemy Experts, San Antonio, Texas, Saint Mary's Law School, Texas Tech Law School |
| 186. | Author/Speaker | March 10, 1995, Trial Tactics in Medical Malpractice, Mexican American Bar Association |
| 187. | Course Moderator/ Speaker | March 3, 1995, Case Evaluation, Mediation and Negotiation, Houston, Texas |
| 188. | Speaker | February 24, 1995, The Art of Persuasion, ATLA, New Orleans, LA |
| 189. | Author/Speaker | February 12, 1995, TTLA. Experts, Attacking Theirs and Nurturing Yours, Excellent Expectations In Eccentricities of Experts, Beaver Creek, Colorado |
| 190. | Speaker | January 25, 1995, Legal Exposure of Nurses and Home Health Care Professionals, JW Marriott, Houston, Texas |
| 191. | Author/Speaker | January 13, 1995, Fundamentals of Depositions, Dallas, Texas |
| 192. | Author/Speaker | January 13, 1995, Examining Experts, Dallas, Texas |
| 193. | Author/Speaker | January 12, 1995, Fundamentals of Depositions, Houston, Texas |
| 194. | Author/Speaker | January 12, 1995, Examining Experts, Houston, Texas |
| 195. | Author/Speaker | January 11, 1995, Fundamentals of Depositions, San Antonio, Texas |
| 196. | Author/Speaker | January 11, 1995, Examining Experts, San Antonio, Texas |
| 197. | Speaker/Author | January 3, 1995, Advanced Succinct Successful Settlement Hints for Plaintiff's, Law Education Institute, Vail, Colorado |
| 198. | Speaker/Author | December 15, 1994, Use of Emotion at Trial: A Little Theory, More Technique and Lots of Demonstrations, Louisiana Trial Lawyers Association, New Orleans, Louisiana |

| 199. | Speaker/Author | December 2, 1994, Advanced Successful, Succinct, Settlement Tactics, Southern Methodist University (SMU), Dallas, Texas |
|---|---|---|
| 200. | Speaker | November 23, 1994, Communication Skills, University of Houston downtown campus |
| 201. | Author/Speaker | November 22, 1994, Fundamentals of Depositions, Dallas, Texas |
| 202. | Course Director | November 11-12, 1994, American Board of Professional Liability Attorneys Annual Convention, Palm Beach, Florida |
| 203. | Author/Speaker | November 15, 1994, Fundamentals of Depositions, San Antonio, Texas |
| 204. | Speaker/Author | November 4, 1994, Arguing Damages, Oklahoma Trial Lawyers Association, Tulsa, OK |
| 205. | Course Director | October 6-7, 1994, 5th Annual TTLA Medical Malpractice Conference |
| 206. | Speaker/Author | September 30, 1994, How to Sneak Emotion in Opening Statement, Cayman Islands, British West Indies |
| 207. | Speaker | September 27, 1994, Debate on Tort Reform against Victor Schwarts, General Counsel, American Tort Reform Ass'n, GHCC |
| 208. | Speaker/Author | September 9 1994, Annual Trial Lawyers Convention, Preparing for the Attack--Prepping the Varsity Expert, Fort Worth, Texas |
| 209. | Speaker/Author | August 26, 1994, The Art of Persuasion, Odessa Trial Lawyers Association, Odessa, Texas |
| 210. | Speaker/Author | August 26, 1994, Odessa Trial Lawyers Association, Discovery and Settlement Techniques |
| 211. | Speaker | July 22, 1994, Demonstration of Arguments in Death Cases, Arlington, Texas |
| 212. | Speaker/Author | July 12, 1994, Attacking Enemy Experts, Jackson Hole, Wyoming |
| 213. | Speaker/Author | June 30, 1994, Persuasion in Medical Malpractice, Florida Trial Lawyers' Association, Bermuda |
| 214. | Speaker/Author | June 4, 1994, Use of Emotion at Trial, New Mexico Trial Lawyers' Association, Santa Fe, New Mexico |
| 215. | Speaker/Author | May 20, 1994, Medical Malpractice Overview, El Paso, Texas |
| 216. | Speaker | May 10, 1994, Opening Statement, Emory University, Atlanta, Georgia |
| 217. | Visiting Professor | May 9 - 14, 1994, Professor, Trial Techniques Institute, mandatory class for all students at Emory Law School, Atlanta, GA |
| 218. | Author | April 28, 1994, "The Malpractice Mess, "New England Journal of Medicine, commentary, April 28, 1994, Volume 330, Number 17 |
| 219. | Speaker | April 20, 1994, How to Win a Malpractice Case, presented to staff Doctors at Mercy Hospital, Des Moines, Iowa |
| 220. | Speaker/Author | April 14, 1994, Advanced Discovery Techniques, San Antonio, Texas, Saint Mary's Law School |
| 221. | Speaker/Author | April 8, 1994, State Bar of Texas, Opening Statement, South Texas College of Law |
| 222. | Speaker/Author | March 25, 1994, The Art of Persuasion, East Texas Trial Lawyers Association, Tyler, Texas |
| 223. | Speaker/Author | March 25, 1994, East Texas Trial Lawyers Association, Discovery and Settlement Techniques, Tyler, Texas |
| 224. | Speaker/Author | March 3, 1994, Use of Emotion at Trial, National Litigation Conference, Disney World, Orlando, Florida |
| 225. | Speaker/Author | February 25, 1994, The Art of Persuasion, Valley Trial Lawyers Association, Brownsville, Texas |

| 226. | Speaker/Author | February 25, 1994, Valley Trial Lawyers Association, Discovery and Settlement Techniques, Brownsville, Texas |
|---|---|---|
| 227. | Speaker | February 24, 1994, Persuasive Communication, Advanced Personal Injury Seminar, Dallas, Texas |
| 228. | Speaker/Author | February 24, 1994, Medical Malpractice Update, Advanced Personal Injury Seminar, Dallas, Texas |
| 229. | Speaker/Author | February 12, 1994, "Succinct, Serious, Successful, Settlements" Park City, Utah |
| 230. | Speaker | January 28, 1994, , Advanced Civil Trial Workshop, University of Houston |
| 231. | Speaker/Author | January 4, 1994, Use of Emotion in Trial, 6th Annual National Litigation Conference, Vail Colorado |
| 232. | Speaker | November 24, 1993, Persuasive Communication/Effective Argument, Communications ....0majors at University of Houston |
| 233. | Speaker/Author | November 19, 1993, The Art of Persuasion, Lubbock Trial Association, Lubbock, Texas |
| 234. | Speaker/Author | November 19, 1993, Lubbock Trial Lawyers Association, Discovery and Settlement Techniques, Lubbock, Texas |
| 235. | Speaker/Author | November 18, 1993, Southern Methodist Univ. Law School, Experts: The Practical Reality, Dallas, Texas |
| 236. | Speaker | November 10, 1993, Houston Paralegal Association, Discovery |
| 237. | Course Director Author/Speaker | October 7-8, 1993, 4th Annual Medical Malpractice Conference, Innovative Discovery Techniques |
| 238. | Speaker | September 21, 1993, What Doctors Can Expect from Petition to Final Argument, Victor Valley Hospital, California, CHASE, CA Hosp Ass'n Insurance group |
| 239. | Course Moderator/ Speaker/Author | September 17, 1993, Trial Lawyer's Trial Notebook Seminar, The Art and Strategy of Settlement Negotiations, Houston, TX |
| 240. | Speaker/Author | September 11, 1993, Helping You Help Your Children, Estate Planning, You're Not Alone, presented to parents of ARC  (Ass'n of Retarded Citizens |
| 241. | Speaker/Author | August 13, 1993, Settlement Techniques, South Padre Island |
| 242. | Author | Innovative Discovery Techniques, The Discovery Plan, TEXAS EVIDENCE REPORTER, 10 Tex Evid Rep 2 (1993) |
| 243. | Speaker/Author | July 11, 1993, Innovative Discovery Techniques, Bar Harbor, Maine, Texas Trial Lawyers' Association |
| 244. | Visiting Professor | May 10-16, 1993, Professor, Trial Techniques Institute, mandatory class for all students at Emory Law School, Atlanta, GA |
| 245. | Speaker | April 23, 1993, Persuasive Communication Techniques, (2 presentations) Communications Majors at University of Houston |
| 246. | Speaker/Author | April 16, 1993 Use of Emotion at Trial, San Antonio Malpractice Conference, Texas Tech St. Mary's Law School |
| 247. | Speaker/Author | April 14, 1993, Screening Malpractice Cases, Discovery Techniques and Trial Tactics (3 presentations), Houston, Texas (NBI) |
| 248. | Course Director/ Author/Speaker | March 30-April 2, 1993, Innovative Discovery Techniques, Advanced Personal Injury Seminar, Houston, Texas |
| 249. | Author/Speaker | March 17-19, 1993 Innovative Discovery Techniques, Advanced Personal Injury |

| | | Seminar, Dallas, Texas |
|---|---|---|
| 250. | Speaker | March 3, 1993, What Nurses Can Expect from Petition to Final Argument, Ontario, California, CHASE, CA Hosp Ass'n Insurance group |
| 251. | Speaker | March 2, 1993, What Doctors Can Expect from Petition to Final Argument, Ontario, California, CHASE, CA Hosp Ass'n Insurance group |
| 252. | Speaker/Author | February 2, 1993, Texas Trial Lawyers Association, The Winning Edge Seminar, Use of Emotion in Medical Malpractice Cases, Vail, Colorado |
| 253. | Speaker/Author | January 5, 1993, Use of Emotion in Trial, 5th Annual National Litigation Conference, Vail, Colorado |
| 254. | Speaker | November 13, 1992, Persuasive Communication/Effective Argument, Communications majors at University of Houston |
| 255. | Speaker | November 10, 1992, Puerto Vallarta, Mexico, Knoll Pharmaceutical Physicians' Conference, Plaintiff's Tactics--What You're Up Against |
| 256. | Speaker | November 6, 1992, St Joseph's Hospital, Fetoplacental Pathology of the Brain Damaged Infant, Plaintiff's Trial Tactics |
| 257. | Speaker | November 4, 1992, University of VA Law School, Persuasive Communication at Trial from the Plaintiff's Perspective |
| 258. | Speaker | October 30, 1992, Malpractice Case Screening- What to take and what to avoid, TTLA, Houston, Texas |
| 259. | Course Director-Author/Speaker | October 29 and 30, 1992, Third Annual Medical Malpractice Conference, sponsored by the Texas Trial Lawyer's Association |
| 260. | Speaker | October 23, 1992, Preferred Physicians Insurance Company, How Plaintiff's Win Cases, San Antonio, Texas |
| 261. | Speaker | September 12, 1992, University of Houston Law School, Fall Trial Demonstrations, Final Argument |
| 262. | Author/Speaker | August 13, 1992, Attacking Common Defense Themes in Settlement and at Trial, Georgia & Florida Trial Lawyers' Ass'n, Orlando, Florida |
| 263. | Speaker | June 25, 26, 1992, Enhancing Damages from the Plaintiff's Perspective, American Academy of Risk Managers, San Francisco, CA |
| 264. | Course Director/ | May 28-29, 1992, Trial Lawyers' Trial Notebook featuring the TEXAS ALL-STARS, Use of Emotion at Trial, Dallas, Texas |
| 265. | Author/Speaker | |
| 266. | Author/Speaker | May 14, 1992, Attacking Common Defense Themes, Austin, Texas |
| 267. | Visiting Professor | May 11-17, 1992, Professor, Trial Techniques Institute, mandatory class for all students at Emory Law School, Atlanta, GA |
| 268. | Course Director-Author/Speaker | April 30-May 1, 1992, Trial Lawyers' Trial Notebook featuring the TEXAS ALL-STARS, Use of Emotion at Trial, Houston, Texas |
| 269. | Speaker | April 22, 1992, Persuasive Communication/Effective Argument, Communications majors at University of Houston |
| 270. | Author/Speaker | April 9, 1992, Direct Examination of Plaintiff's Doctor, 1992 Malpractice Conference, San Antonio, Texas |
| 271. | Author/Speaker | March 22, 1992, Attacking Common Defense Themes at Trial, Disney World-Epcott Center, Orlando, Florida |
| 272. | Author/Speaker | March 2, 1992, Video Settlement Presentations, Keystone, Colorado |

| 273. | Author/Speaker | March 2, 1992, The Art and Strategy of Settlement Negotiations, Keystone, Colorado |
| 274. | Author/Speaker | March 2, 1992, Medical Malpractice Screening and Overview, Keystone, Colorado |
| 275. | Author/Speaker | March 2, 1992, Beating the Home-Town Doctor Defense, Keystone, Colorado |
| 276. | Speaker | February 29, 1992, Guest Speaker at Sam Houston Hospital on Breast Implants |
| 277. | Author/Speaker | January 7, 1992, Medical Malpractice:  Attacking Common Defense Themes, VAIL, Colorado |
| 278. | Course Director | December 5 and 6, 1991, The Art of Voir Dire, sponsored by Texas Trial Lawyers' Association |
| 279. | Author/Speaker | November 22, 1991, Dealing with Medical Experts, Dallas, Texas |
| 280. | Author/ Speaker | November 15, 1991, Dealing with Medical Experts, San Antonio, Texas |
| 281. | Author/Speaker | November 14, 1991, Cross Examining the Orthopedic Expert, San Antonio, Texas |
| 282. | Author/Speaker | November 13, 1991, Cross Examining the Orthopedic Expert, Houston, Texas |
| 283. | Course Director- Author/ Speaker | November 7 and 8, 1991, Annual Medical Malpractice Conference, sponsored by the Texas Trial Lawyers' Association |
| 284. | Author/Speaker | November 1, 1991, Dealing with Medical Experts, Houston, Texas |
| 285. | Author/Speaker | November 1, 1991, Fundamentals of Depositions, Houston, Texas |
| 286. | Speaker | May 17,1991, Evaluating Medical Malpractice Cases, San Antonio, TX |
| 287. | Author/Speaker | April 12, 1991, Suing the Hometown Doctor, Medical Malpractice Conference, St Mary's School of Law, San Antonio, TX |
| 288. | Speaker | November 9, 1990, New Orleans, Opening Statement, for The American Board of Professional Liability Attorneys |
| 289. | Author/Speaker | October 25, 1990, Orthopedic Malpractice |
| 290. | Author/Speaker | August 31, 1990, San Antonio, Depositions |
| 291. | Author | Stealing Deposition Ground from Every Defendant Doctor and Expert, Trial Diplomacy Journal Special Edition, Summer 1990 |
| 292. | Author/Speaker | August 30, 1990, Deposing the Medical Expert |
| 293. | Author/Speaker | August 29, 1990, Dallas, Fundamentals of Depositions |
| 294. | Author/Speaker | August 2, 1990, Dallas, Discovery in Litigation, State Bar of Texas |
| 295. | Author/Speaker | July 19, 1990, San Antonio, Using Computers in Litigation |
| 296. | Author/Speaker | July 12, 1990, State Bar, Lecturer, Advanced Personal injury CLE |
| 297. | Course Director/ Author/Speaker | May 10 and 11, 1990, Medical Malpractice, sponsored by Texas Trial Lawyers' Association |
| 298. | Author | Jack E. McGehee, Riley, Sweeney and Perry, Recognizing and Handling Medical Malpractice, 1989 (Professional Education Systems Inc) |
| 299. | Author/ Speaker | December 1, 1989, Houston, Overcoming the Hometown Doctor Stigma |
| 300. | Author/Speaker | October 20, 1989, Florida, Deposition Techniques for Doctors |
| 301. | Author/Speaker | August 17, 1989, Houston, Depositions |
| 302. | Author | Stealing Deposition Ground from Every Defendant Doctor and Expert in the Trial Diplomacy Journal, Vol. 12, No 4, pp. 215-224, Winter 1989 |
| 303. | Author/Speaker | August 16, 1989, San Antonio, Deposing the Medical Expert |
| 304. | Author/Speaker | August 15, 1989, Dallas, Fundamentals of Depositions |
| 305. | Author/Speaker | November 18, 1988, State Bar, Litigation Techniques |

# H. C. CHANG

8156 Golf Green Cir., Houston, Texas 77036 ◆ 713-962-0535 ◆ hcchang35@hotmail.com

*Licensed to practice in Texas.*
Certified to serve as attorney ad litem under Texas Probate Code §646

## LEGAL EXPERIENCE

**McGehee ☆ Chang**, Houston, Texas
*Member*, 2006-Present
- Handle firm's docket; draft and prepare motions, legal opinions, briefs and memorandums
- Attend court hearings before trial courts and appellate courts, conduct and participate in mediations and settlement conferences.

**Killeen & Associates, PC**, Houston, Texas
*Associate Attorney*, 2003–2006
- Prepare memorandums on complex legal issues in different jurisdictions; analyze and research pertinent statute and caselaw; advise clients appropriate course of action.
- Participate in and conduct trials; attend court hearings; first chair and second chair at trials.
- Drafted more than 20 appellate briefs to state Supreme Court, federal circuit court, and state appellate courts; all briefs were used with minimal or no revision.

**Nathan Sommers Jacobs, PC**, Houston, Texas
*Associate Attorney*, 2001–2002
- Researched pertinent caselaw and statutes, involving topics, such as the Uniform Commercial Code, banking, bankruptcy, real estate, and state and federal procedural rules.
- Drafted legal motions, memoranda, and briefs, including motions for summary judgment, motions to compel, and on the prevailing state of the law.
- Prepared trials, mediations, and depositions.

**University of Houston Law Center**, Houston, Texas
*Research Assistant to Law Center Dean Nancy Rapoport*, 2000–2001
- Assisted in publishing law review articles and faculty publications in legal journals (*see* 14 GEO. J. LEGAL ETHICS 725, 11 J. BANKR. L. & PRAC. 391, etc.), conducting legal research and editing the submitted articles.
- Collected, summarized, and analyzed hundreds of cases on bankruptcy and bankruptcy ethics, and on the general state of the law.

**United States District Court, the Southern District of Texas, Houston Division**, Houston, Texas
*Law Clerk to the Honorable Lynn N. Hughes*, 2001
- Assisted in drafting opinions, conducting pre-trial conferences, and legal research on issues, such as admiralty, federal civil procedure, social securities, and anti-trust cases.

**151st Civil District Court**, Houston, Texas
*Law clerk to the Honorable Caroline Baker*, Spring 2000
- Assisted in drafting summary judgment opinions, default judgments, and memoranda for pending cases on issues, including Texas procedural rules, general contract principles and applications, and commercial torts.

## LEGAL EDUCATION

**University of Houston Law Center**, Houston, Texas
*Juris Doctor*, 2001
- Participated in Mock Trial, Moot Court, Trial Advocacy, and Legal Clinics.

**University of Texas at Austin**, Austin, Texas
*Bachelor of Arts in Economics*, May 1998        – With minor in Business Administration

## LANGUAGE SKILLS

Fluent in Chinese (Mandarin); proficient in Taiwanese, Cantonese, and German.

FREDERICK L. MCGUIRE
714 MAIN
LIBERTY, TEXAS 77575

## EDUCATION

| | | |
|---|---|---|
| 1961-1966 | Liberty High School<br>Liberty, Texas | |
| 1966-1970 | Sam Houston University<br>Huntsville, Texas | Bachelor of Science |
| 1983-1984 | University of Houston<br>Houston, Texas | Advanced Accounting |
| 1993-1995 | South Texas College of Law<br>Houston, Texas | Doctor of Jurisprudence |

## AVIATION

1969 until present
Commercial Pilot, Multi Engine, Instrument
Certified Flight Instructor, Single Engine, Multi Engine,
Instrument
Advanced Ground Instructor
Instrument Ground Instructor
Aircraft Dispatcher, Group II, Turbojet

Flight Hours

| | | |
|---|---|---|
| | 15,250 | Total Time |
| | 5,300 | Instruction |
| | 4,000 | Instrument |
| | 7,400 | Multi Engine |
| | 1,200 | Turbojet/Turboprop |

Flight Training Experience in 35 Aircraft as Pilot in Command and Flight Instructor.   Primary Flight Instructor in All Cessna Twin Engine Aircraft, Piper Twin Engine Aircraft including turboprop, and Mooney transition instructor.

Teaching experience in all phases of ground and flight training.

## WORK EXPERIENCE

| | |
|---|---|
| 1970-1972 | United States Army, Air Defense Artillery<br>Captain, Honorable Discharge |
| 1972-1982 | President, Radial Tire, Inc.<br>Liberty, Texas |
| 1976-1984 | Chief Pilot<br>Accelerated Aviation, Inc. |
| 1996 to Present | Law Office of Frederick L. McGuire<br>Liberty, Texas, Houston, Texas, El Paso, Texas |