# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DIVISION: BEAUMONT | § DATE:   3/2/09 |
| | § |
| JUDGE: RON CLARK | § REPORTER: CHRIS BICKHAM |
| | § |
| LLOYD MCGUIRE | § CIVIL NO.:   1:07CV683 |
| *PLAINTIFF* | § |
| | § |
| CIRRUS DESIGN, ET AL | § |
| *DEFENDANT* | § C/R DEPUTY: Faith Ann Laurents |

Attorneys for Plaintiff: H.C. Chang
Attorneys for Defendant:  Ron Sprague

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD:   Telephone Settlement Conference held in Beaumont.  9:05 am

Court began.  Parties announced confidential settlement reached.  Court ordered all closing

documents to be filed within 30 days.  9:10 am Court adjourned.

DAVID J. MALAND, CLERK

 /s/ Faith Ann Laurents
Deputy Clerk

TOTAL TIME:  ___ hrs.  5  mins.                    ☐ See Addt'l. Proceedings