IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES McGUIRE | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:07-CV-00683 |
| | § | |
| CIRRUS DESIGN, ET AL | § | |

## MEDIATOR'S REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

IN accordance with the Court's Order, a mediation conference was held on February 26, 2009.  The conference resulted in settlement.  All parties and counsel were present.

SIGNED this 26th day of February, 2009.

/s/ *Kip Glasscock*

Mediator─Kip Glasscock